intermediate account of Joseph S. Rush, as executor, etc., of Hannah Elizabeth Owens, deceased. No opinion. Decree and order of the Surrogate's Court of Kings county affirmed, with costs.

RUSSELL, Respondent, v. E. C. HAZARD & CO., Appellants. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by George D. Russell against E. C. Hazard & Co. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re SALES OF LANDS IN THE BRONX. (Supreme Court, Appellate Division, First Department. June 23, 1911.) In the matter of the application for the designation of a place for the sales of lands, etc., in the Bronx at public auction under judgment or order of the court, etc. No opinion. The court will hear the parties interested in this question on July 6, 1911, at 10:30 a. m.

SAN REMO COPPER MINING CO., Respondent, v. MONEUSE, Appellant. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by San Remo Copper Mining Company against Elie J. Moneuse. B. L. Hollander, for appellant. J. E. Mack, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SCHAD, Appellant, v. BROOKLYN, Q. C. & S. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 29, 1911.) Action by Charles Schad against the Brooklyn, Queens County & Suburban Railroad Company. No opinion. Order unanimously affirmed, with costs.

SCHAFER, SCHRAMM & VOGEL, Respondent, v. CARTON et al., Appellants. (Supreme Court, Appellate Division, First Department. June 16, 1911.) Action by Schafer, Schramm & Vogel against Andrew B. Carton and another. M. J. O'Brien, for appellants. A. I. Elkus, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

SCHEFER et al. v. CARTON et al. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Action by Carl Schefer and others against Andrew B. Carton and others. No opinion. Motion denied, with $10 costs. Order filed.

SCHIFF, Appellant, v. RABINOWICH et al., Respondents. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Lena Schiff against Hirsh Rabinowich and others. S. Dickstein, for appellant. Nicholas Aleinikoff, for respondents. No opinion. Judgment modified, by striking out award of costs to defendant Feibert, and, as so modified, affirmed, with costs to the other respondents. Order filed.

SCHMEISER v. SCHMEISER et al. (Supreme Court, Appellate Division, Second De-

partment. June 29, 1911.) Action by Wilhelmina Schmeiser against Charles Schmeiser and others. PER CURIAM. Judgment reversed, and new trial granted, costs to abide the final award of costs, for error in admitting the testimony which appears at folios 155 and 156 of the printed record. We think that the weight of the evidence does not establish fraud, but it might be sufficient to justify a finding that the minds of the parties never met.

SCHOENFELDER, Respondent, v. NEW YORK TRANSP. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by John F. Schoenfelder, as administrator, against the New York Transportation Company. T. H. Lord, for appellant. L. Steckler, for respondent. PER CURIAM. Judgment and order affirmed, with costs. Order filed. McLAUGHLIN and LAUGHLIN, JJ., dissent.

SCHWARTZ et al., Appellants, v. LEVY, Respondent. (Supreme Court, Appellate Division, Second Department. June 16, 1911.) Action by Joseph M. Schwartz and another, copartners, etc., against Ralph Levy. PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the judgment is against the weight of credible evidence. THOMAS and WOODWARD, JJ., dissent.

SCHWARTZ v. LIPPMAN et al. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Sarah Schwartz, as administratrix, against Minnie Lippman, as administratrix, and others. No opinion. Motion denied, with $10 costs. Order filed.

SEAWARD, Respondent, v. DAVIS, Appellant. (Supreme Court, Appellate Division, Second Department. June 23, 1911.) Action by George W. Seaward, as administrator, etc., of William Z. King, deceased, against Buell G. Davis, as executor, etc., of Mary E. King, deceased. No opinion. Motion denied, on condition that appellant pay respondent $10 costs, perfect his appeal, place the case on the next calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs. See, also, 136 App. Div. 890, 119 N. Y. Supp. 1144.

SECURITY LAW & MERCANTILE CO., Appellant, v. MURPHY, Respondent. (Supreme Court, Appellate Division, Third Department. June 28, 1911.) Action by the Security Law & Mercantile Company against Sarah J. Murphy. No opinion. Order affirmed, with $10 costs and disbursements.

SECURITY LIFE INS. CO. OF AMERICA, Appellant, v. SISTERS OF MERCY OF THE BUFFALO DIOCESE, Respondent. (Supreme